IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BERNADETTE DICKERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv295-MHT |
| | ) | (WO) |
| KOCH FOODS and KOCH FOODS | ) | |
| OF ALABAMA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pro se plaintiff Bernadette Dickerson filed this action against defendants Koch Foods and Koch Foods of Alabama, LLC, seeking relief from a prior judgment in an earlier suit against the same defendants. This lawsuit is before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss be granted and that the case be dismissed with prejudice. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court

concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate order and judgment will be entered.

DONE, this the 25th day of June, 2026.

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**