IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BERNADETTE DICKERSON,        )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )         2:26cv295-MHT
                             )            (WO)
KOCH FOODS and KOCH FOODS    )
OF ALABAMA, LLC,             )
                             )
     Defendants.             )

ORDER and JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The objections (Doc. 26 and Doc. 27) to the magistrate judge's recommendation are overruled.

(2) The magistrate judge's recommendation (Doc. 25) is adopted.

(3) The motion to dismiss (Doc. 13) is granted.

(4) This case is dismissed with prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of June, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE