IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

BERNADETTE DICKERSON,      )
                           )
      Plaintiff,           )
                           )     CIVIL ACTION NO.
      v.                   )       2:26cv295-MHT
                           )          (WO)
KOCH FOODS and KOCH FOODS  )
OF ALABAMA, LLC,           )
                           )
      Defendants.          )

ORDER

This cause is now before the court on pro se plaintiff Bernadette Dickerson's application to proceed in district court without prepaying fees or costs (Doc. 31), which the court construes as a motion for leave to proceed on appeal in forma pauperis.

28 U.S.C. § 1915(a) provides that "a[n] appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." In making this determination as to good faith, a court must use an objective standard, such as whether

the appeal is "frivolous," *Coppedge v. United States*, 369 U.S. 438, 445 (1962), or "has no substantive merit." *United States v. Bottoson*, 644 F.2d 1174, 1176 (5th Cir. Unit B May 15, 1981) (per curiam); *see also Rudolph v. Allen*, 666 F.2d 519, 520 (11th Cir. 1982) (per curiam); *Morris v. Ross*, 663 F.2d 1032 (11th Cir. 1981). Applying this standard, and for the reasons explained in the United States Magistrate Judge's recommendation (Doc. 25), this court is of the opinion that the plaintiff's appeal is without a legal or factual basis and, accordingly, is frivolous and not taken in good faith. *See, e.g., Rudolph v. Allen*, *supra*; *Brown v. Pena*, 441 F. Supp. 1382 (S.D. Fla. 1977), *aff'd without opinion*, 589 F.2d 1113 (5th Cir. 1979).

\*\*\*

Accordingly, it is ORDERED that the plaintiff's motion for leave to proceed on appeal in forma pauperis is denied; and that the appeal in this cause is

2

certified, pursuant to 28 U.S.C. § 1915(a), as not taken in good faith.

DONE, this the 7th day of July, 2026.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

3